**FAIRES v. STATE BD. OF ELECTIONS**

[368 N.C. 758 (2016)]

SABRA FAIRES, BENNETT COTTON, )
AND DIANE P. LAHTI, )
PLAINTIFF-APPELLEES )
 )
v. )
 )
STATE BOARD OF ELECTIONS; )
A. GRANT WHITNEY, JR., CHAIR, AND ) From Wake County
RHONDA K. AMOROSO, )
JOSHUA D. MALCOLM, MAJA KRICKER, )
AND JAMES L. BAKER, MEMBERS OF THE )
STATE BOARD (IN THEIR OFFICIAL )
CAPACITIES ONLY); AND )
KIM WESTBROOK STRACH, )
EXECUTIVE DIRECTOR OF THE STATE BOARD )
(IN HER OFFICIAL CAPACITY ONLY), )
DEFENDANT-APPELLANTS )

No. 84A16

ORDER

Parties' Joint Motion for Expedited Hearing is allowed as follows. The Record on Appeal and Defendant-Appellants' brief are due on or before 24 March 2016. Plaintiff-Appellees' brief is due on or before 31 March 2016. Defendant-Appellants' reply brief, if any, is due on or before 5 April 2016. Oral Argument will be heard at 9:30 a.m. on 13 April 2016.

By order of the Court in Conference, this the 10th day of March, 2016.

s/Ervin, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 11th day of March, 2016.

CHRISTIE S. CAMERON ROEDER
Clerk of the Supreme Court

s/M.C. Hackney
Assistant Clerk